DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

M.S.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

Appellee.

No. 2D23-1844

_____

April 3, 2024

Appeal from the Department of Children and Families.

M.S., pro se.

No appearance for Appellee.

PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.